VINCENT v. CALIFORNIA. Error to the Supreme Court of the State of California. No. 1316. Submitted May 1, 1893. Decided May 15, 1893. This case, which will be found reported in 95 California, 425, differs in no essential respect from that of McNulty, just considered. For the reasons given in the foregoing opinion, the writ of error must be                              *Dismissed.*

*Mr. William H. H. Hart,* Attorney General of the State of California, for the motion to dismiss.

*Mr. Carroll Cook* opposing.